SEYFARTH SHAW LLP
Laura J. Maechtlen (State Bar No.: 224923) lmaechtlen@seyfarth.com
Cassandra H. Carroll (State Bar No.: 209123) ccarroll@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
U.S. FOODSERVICE, INC.

LAW OFFICES OF JOHN E. HILL
Michael P. Guta, Esq. (State Bar No. 121509)
8105 Edgewater Drive, Suite 100
Oakland, CA 94621
(510) 588-1000
Facsimile: (510) 729-6333

Attorneys for Plaintiff
DONNA KRIEG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA KRIEG,<br><br>     Plaintiff,<br><br>v.<br><br>U.S. FOODSERVICE, INC.,<br><br>     Defendant. | Case No. 3:10-cv-02491-WHA<br><br>AMENDED STIPULATION AND <s>[PROPOSED]</s> ORDER SELECTING ADR PROCESS<br><br>Judge: The Honorable William H. Alsup<br>Ctrm: 9 |

     Plaintiff DONNA KRIEG ("Plaintiff") and Defendant U.S. FOODSERVICE, INC. ("Defendant"), by and through their respective counsel, hereby stipulate to engage in private mediation in lieu of the court-sponsored ADR process.

     On October 7, 2010, the parties appeared for the Initial Case Management Conference for this matter. At this conference, the Honorable William H. Alsup referred this case to mediation, and Charles S. Loughran was thereafter appointed as the Mediator.

     Subsequently, the parties met and conferred regarding the option of engaging in a global mediation, which would also involve the attorneys that represent the same Plaintiff and

1

Defendant in the companion workers' compensation matter, Case No. Case No. ADJ7026965, in an effort to settle *all* of Plaintiff's pending claims against Defendant. The parties thereafter agreed to mediate both the civil and workers' compensation cases on January 11, 2011 with Mediator Ray Frost.

In view of the parties agreement to participate in a global mediation in January, 2011, the parties hereby stipulate and respectfully request this Court order this case to private mediation in lieu of the court-sponsored ADR process with Mediator Charles S. Loughran

DATED: December ____, 2010          SEYFARTH SHAW LLP


                                    By _____s/s Cassandra H. Carroll_____
                                        Laura J. Maechtlen
                                        Cassandra H. Carroll
                                    Attorneys for Defendant
                                    U.S. FOODSERVICE, INC.

DATED: December 22, 2010            LAW OFFICES OF JOHN E. HILL


                                    By _____s/s Michael P. Guta_____
                                        Michael P. Guta, Esq.
                                    Attorneys for Plaintiff
                                    DONNA KRIEG

IT IS SO ORDERED.

Dated: December 22, 2010.           _____
                                    Hon. William H. Alsup
                                    United States District Judge

13000844v.1 / 67154-000009

2

AMENDED STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS; CASE NO 3:10-cv-02491-WHA