IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DONNA KRIEG,

    Plaintiff,

  v.

U.S. FOODSERVICE, INC.,

    Defendant.

No. C 10-02491 WHA

**ORDER SETTING HEARING ON MOTION FOR DISCOVERY CUT-OFF EXTENSION AND DISCOVERY DISPUTE**

      The parties shall meet-and-confer in the Court's jury room starting at **NOON AND ENDING AT 3:00 P.M. ON THURSDAY, JULY 7, 2011**. At 3:00, the Court shall hold a hearing to resolve any and all remaining issues raised in defendant's motion for an extension of the discovery deadline (Dkt. Nos. 20–24) and defendant's discovery dispute letter (Dkt. No. 25). Please note that only those lawyers who personally participate in the meet-and-confer in the Court's jury room may be heard at the hearing.

      Plaintiff may file a response to defendant's discovery letter, not to exceed three pages, and an opposition to defendant's motion by **NOON ON JULY 5, 2011**. There will be no replies.

**IT IS SO ORDERED.**

Dated: June 30, 2011.

                                    WILLIAM ALSUP
                                    UNITED STATES DISTRICT JUDGE