SEYFARTH SHAW LLP
Laura Maechtlen (SBN 224923)
E-mail: lmaechtlen@seyfarth.com
Pritee K. Thakarsey (SBN 266168)
E-mail: pthakarsey@seyfarth.com
Rupa J. Shah (SBN 245117)
E-mail: rshah@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
U. S. FOODSERVICE, INC.

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA KRIEG,<br><br>  Plaintiff,<br>v.<br><br>U. S. FOODSERVICE, INC.,<br><br>  Defendant. | Case No. 3:10-cv-02491-WHA<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING DISCOVERY CUTOFF** |

WHEREAS, pursuant to the Court's Case Management Order ("CMO") dated October 7, 2010 (Dkt. 12), the cutoff date for non-expert and expert discovery is June 30, 2011;

WHEREAS, the parties stipulate to the following:

Defendant will withdraw its written discovery which includes: (1) Special Interrogatories, Set Two; Request for Production of Documents, Set Two; and (3) Request for Admissions.

Defendant will withdraw all subpoenas by Friday, July 8, 2011, except those served upon the Federal Social Security Administration and the Employment Development Department, subject to the terms set forth herein.

The parties agree to further meet and confer regarding the third-party subpoenas for Brian Jack, MD and Stephen Nord, MD to identify the scope for subpoenas directed to these third-party doctors, and hereby stipulate to limit the scope to only information related to the disability and/or emotional distress claimed in this lawsuit. Defendant will send a correspondence to

1  Plaintiff's counsel on or before July 8, 2011 proposing the scope for these subpoenas. Plaintiff's
2  counsel will respond on or before Friday, July 15, 2011 to Defendant's correspondence.
3  Following agreement on the scope of said subpoenas, Defendant shall be entitled to serve
4  subpoenas subject to the parties' agreement as to the scope of the requests pursuant to the
5  Federal Rules of Civil Procedure and any other applicable Court rules.
6      Plaintiff will withdraw all Notices of Depositions.
7      Plaintiff will supplement documents responsive to Defendant's Request for Production of
8  Documents, Set One, including reviewing the workers' compensation file by July 25, 2011.
9  NOW THEREFORE, the parties further stipulate and respectfully submit to the Court as follows:
10     1.   The parties jointly intended to comply with the CMO and apologize for making
11 this request. In light of the reasons explained herein, the parties respectfully request that the
12 Court consider this stipulation, based on good reason and good-faith efforts by the parties to
13 resolve this matter without the involvement of the Court. The requested extension will not
14 impact the trial date currently scheduled for September 19, 2011.
15     2.   The CMO shall be amended for the limited purpose of extending the cutoff for
16 non-expert discovery until July 25, 2011 to allow Defendant to engage in limited written
17 discovery to less than 10 interrogatories for the purpose of addressing questions raised at
18 Plaintiff's deposition for which counsel instructed Plaintiff not to answer, responses to which
19 will be due on or before July 25, 2011.
20     3.   The CMO shall be amended for the limited purpose of extending the cutoff for
21 non-expert discovery to the time allowed under the Federal Rules of Civil Procedure to obtain
22 records responsive to a subpoena directed to the Employment Development Department.
23     4.   The CMO shall be amended for the limited purpose of extending the cutoff for
24 non-expert discovery to the time allowed under the Federal Rules of Civil Procedure to obtain
25 records responsive to a subpoena directed to the Federal Social Security Administration.
26     5.   The CMO shall be amended for the limited purpose of extending the cutoff for
27 non-expert discovery to the time allowed under the Federal Rules of Civil Procedure to obtain
28 records responsive to a subpoena directed to Brian Jack, MD and Stephen Nord, MD, subject to

the agreed upon scope of the subpoena, intended to discover information only related to this lawsuit.

IT IS SO STIPULATED.

DATED: July 24, 2011

SEYFARTH SHAW LLP

By  /s/ Laura J. Maechtlen

Attorneys for Defendant
U. S. FOODSERVICE, INC.

DATED: July 24, 2011

LAW OFFICE OF JOHN E. HILL

By  /s/ Michael P. Guta

Attorney for Plaintiff
DONNA KRIEG

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July 7, 2011

Hon. Judge William H. Alsup
United States District Judge