IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DONNA KRIEG,

    Plaintiff,

  v.

U.S. FOODSERVICE INC.,

    Defendant.
                             /

No. C 10-02491 WHA

**ORDER SETTING HEARING ON DEFENDANT'S DISCOVERY DISPUTE**

      The Court hereby **SETS** a meet-and-confer starting from **7:30 A.M. ON THURSDAY, AUGUST 4, 2011**, **AND CONTINUING THROUGH TO 2:00 P.M.** (with a **45-MINUTE LUNCH BREAK AT NOON**) in the Court's jury room, located on the nineteenth floor of the federal courthouse. Please ring chambers to be let into the jury room. Plaintiff's response is due by **NOON ON JULY 27**.

      Please note that only those who personally participate in the meet-and-confer in the Court's jury room may be heard at the discovery hearing at 2:00 p.m.

      **IT IS SO ORDERED.**

Dated: July 26, 2011.

                                                   WILLIAM ALSUP
                                                   UNITED STATES DISTRICT JUDGE