IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA KRIEG, | No. C 10-02491 WHA |
| Plaintiff, | |
| v. | **ORDER CONSOLIDATING SUMMARY JUDGMENT HEARINGS** |
| U.S. FOODSERVICE, INC., | |
| Defendant. | |

The hearing on plaintiff's motion for partial summary judgment currently set for September 8, 2011, is hereby **ADVANCED** by a week so that both sides' motions for summary judgment can be argued at the same hearing. Both summary judgment motions will be heard at **9:30 A.M. ON SEPTEMBER 1, 2011**.

**IT IS SO ORDERED.**

Dated: August 29, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE