**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DONNA KRIEG,

    Plaintiff,

  v.

U.S. FOODSERVICE, INC.,

    Defendant.
_____/

No. C 10-02491 WHA

**ORDER ALLOWING EXPEDITED DISCOVERY AND AMENDING CASE MANAGEMENT SCHEDULE**

     As stated at the September 1 hearing, expedited discovery will be allowed because of the appearance of possible discovery stonewalling by defendant. Plaintiff may elect to take two (and only two) depositions at plaintiff's own cost. Plaintiff must identify the two deponents to defendant by **5:00 P.M. TODAY, SEPTEMBER 1, 2011**. The depositions will take place on **TUESDAY, SEPTEMBER 6**, and **WEDNESDAY, SEPTEMBER 7**. Each one-day deposition may include up to seven hours of testimony. There is no limit on the topics for these depositions. No more documents will be produced by either side.

     Plaintiff may file a supplemental evidentiary showing by **NOON ON FRIDAY, SEPTEMBER 9, 2011**. Defendant then may file a reply by **NOON ON MONDAY, SEPTEMBER 12**. The cross-motions for summary judgment will then be deemed submitted, and the Court will try to issue an order on the motions the week of September 12.

The final pretrial conference is continued to **1:00 P.M. ON SEPTEMBER 28, 2011**. Pretrial filings are due by **5:00 P.M. ON SEPTEMBER 14**. The trial is continued to **7:30 A.M. ON OCTOBER 3, 2011**. The parties are advised, however, that another civil trial is also set to begin on October 3. If the other trial goes forward as scheduled, then this trial will be postponed.

**IT IS SO ORDERED.**

Dated: September 1, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE