IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DONNA KRIEG,

    Plaintiff,

  v.

U.S. FOODSERVICE, INC.,

    Defendant.
                                        /

No. C 10-02491 WHA

**ORDER DENYING STIPULATED REQUEST FOR EXTENSION**

On September 1, 2011, new dates were set for the trial, final pretrial conference, and pretrial filing deadline (Dkt. No. 79). On September 9, the parties filed a stipulated request to extend the deadline for pretrial filings from September 14, 2011, to September 21, 2011 (Dkt. No. 86). The request is **DENIED**. Due to other time constraints preceding the pretrial conference, **5:00 P.M. ON SEPTEMBER 14** is the latest workable filing deadline. That deadline remains in place.

As stated, the Court will try to issue an order on the summary judgment motions this week. Trial preparation, however, must proceed apace despite uncertainty as to the resolution of those motions.

**IT IS SO ORDERED.**

Dated: September 12, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE